FEBRUARY 7, 1955.

No. 32. CALIFORNIA EX REL. BROWN, ATTORNEY GENERAL, ET AL. *v.* ST. LOUIS UNION TRUST CO. Certiorari, 348 U. S. 808, to the St. Louis Court of Appeals of Missouri. Argued January 31, 1955. Decided February 7, 1955. *Per Curiam:* The writ of certiorari is dismissed as improvidently granted. *Walter H. Miller* argued the cause for petitioners. With him on the brief were *Ed-*

*mund G. Brown,* Attorney General of California, and *Elizabeth Miller,* Deputy Attorney General. *Milton Yawitz* argued the cause for respondent. With him on the brief was *Chas. D. Long.*